JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMSE G. WOLDERMARIAM, ) | NO. CV 11-06527 MMM (SS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| DEPARTMENT OF HOMELAND SECURITY, ) ET AL., ) | |
| Respondents. ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 10, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE